UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLIANCE TELEMED, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-01860-TWP-DML |
| ) | |
| ALLIANCE TELEMEDICINE, LLC, BUSINESS ) | |
| CONSULTANTS AND ASSOCIATES, LLC, ) | |
| and MAHER EL SARAG, ) | |
| ) | |
| Defendants. ) | |

## ENTRY ON PENDING MOTIONS

Before the Court is Plaintiff, Alliance Telemed, LLC's, Motion for Preliminary Injunction (Dkt. 10), Motion for Emergency Temporary Restraining Order (Dkt. 33), Motion to Withdraw Motion for Preliminary Injunction (Dkt. 39), Motion to Withdraw Motion for Emergency Temporary Restraining Order (Dkt. 41), and Motion for Entry of Preliminary Injunction (Dkt. 43).

The parties have filed a Stipulation Regarding Temporary Restraining Order and Preliminary Injunction (Dkt. 38 and Dkt. 44), wherein they agree to certain terms and conditions, including that Plaintiff will withdraw its Motion for Preliminary Injunction and Motion for Temporary Restraining Order. And the Court having reviewed the aforementioned Motions and being duly advised, now grants the same.

The Motion to Withdraw Motion for Preliminary Injunction (Dkt. 39) is **GRANTED.** The Motion to Withdraw Motion for Emergency Temporary Restraining Order (Dkt. 41) is **GRANTED**, and Motion for Entry of Preliminary Injunction (Dkt. 43) is **GRANTED**.

The Motion for Preliminary Injunction (Dkt. 10) and Motion for Emergency Temporary Restraining Order (Dkt. 33) are terminated as both Motions have been withdrawn.

**SO ORDERED**.

Date: 03/21/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

John Di Giacomo
NEWBURG LAW, PLLC
john@newburglaw.com

Ronald Wright
ron@wrightattys.com

Eric W. Misterovich
NEWBURG LAW PLLC
eric@newburglaw.com