UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLIANCE TELEMED, LLC, ) <br> An Indiana Limited Liability Company ) <br> ) <br> Plaintiff/Counterdefendant ) <br> ) CASE NO. 1:12-cv-1860 TWP- DML <br> v. ) <br> ) <br> ALLIANCE TELEMEDICINE, LLC ) <br> An Indiana Limited Liability Company, ) <br> ) <br> BUSINESS CONSULTANTS AND ) <br> ASSOCIATES, LLC, ) <br> An Indiana Limited Liability Company, ) <br> ) <br> And ) <br> ) <br> MAHER El SARRAG ) <br> An Individual ) <br> Defendants/Counterclaimants ) | |

## DEFENDANTS' RULE 26 DISCLOSURES

Comes now defendants Alliance Telemedicine, LLC; Business Consultants and Associates, LLC; and Maher Elsarrag, by counsel, hereby provides the following initial disclosures:

A. The following individuals are likely to have discoverable information that Defendants may use in support of their claims, and Defendants may call any or all of the following persons as witnesses at the trial of this matter:

1. Dr. Fawzy (colleague of Plaintiff and Defendants' joint business ventures) address and contact information is not known at this time.

   As to the events alleged in Plaintiff's complaint

2. Mr. Mohammed Hashiem --address and contact information is not known at this time.

As to the events alleged in Plaintiff's complaint.

3. Dr. Ayman Ghoneim

As to the events alleged in Plaintiff's complaint and counterclaim.

4. Any person necessary to authenticate or provide foundation for the admission of any evidence.

5. Any person who is deposed in this matter.

6. Any person listed on any witness list filed by any party to this matter.

Defendants respectfully reserves the right to call as additional witnesses those persons who may be necessary after considering discovery and reviewing Plaintiffs' disclosures and Plaintiffs' evidence at trial.

B. The following are descriptions of documents, data compilations and/ or tangible things that are in possession, custody, or control of Defendants and/ or requested through discovery and that Defendants may use to support their claims, which documents, data compilations and/ or tangible things will be made available for inspection at a mutual convenient time, and any of which may be used by the Defendants at trial:

1. Any and all answers to interrogatories from any party filed in this matter.

2. Any and all responses to requests for production from any party filed in this matter.

3. Any and all responses to requests for admissions from any parties filed in this matter.

4. Copies of any and all depositions taken in this matter.

5. Copies of any and all pleadings filed in this matter.

6. Copies of any and all documents exchanged by parties in this matter.

7. Copies of any and all documents served in response to Defendants Request for Production.

8. Any and all evidence, documents or exhibits which were identified, mentioned, or referenced in any discovery response, including interrogatory answers, responses to request for production, responses to requests for admissions, depositions, statements or correspondence.

9. Any and all demonstrative exhibits, including diagrams, charts, drawings and/ or computer-generated documents relied upon, used or generated by any expert in forming his opinion.

10. Any evidence, documents or exhibits which are identified by any party in any exhibit lists.

11. Any and all evidence necessary to impeach witnesses or which evidence may come to the attention of Defendants after considering testimony at trial.

12. Any evidence, documents or exhibits which may come to the attention of Defendants subsequent to the filing of this disclosure and prior to the trial herein, which evidence, documents or exhibits will be promptly disclosed to Plaintiffs.

13. Letter to Dr. Ghoniem dated Sep. 9, 2010, confirming payment and invoice terms same as Prairie Creek Contract.

14. Contract between Prairie Creek Radiology, PC and Maher ElSarrag dated March 25, 2008

15. E-mail dated August 30, 2010 from Dr. Ghoniem (email address "dr_ghoniem@yahoo.com") forwarding to Maher El Sarrag an e-mail regarding business discussion of Alliance Telemed sent to Dr. Ghoniem (email address "aghoniem@alliancetelemed.com")

16. Invoice number 002010090901 dated September 9, 2010 to Dr. Ghoniem "c/o AGAM" for services provided by Maher ElSarrag.

17. Invoice number 002010301001-2 dated October 30, 2010 to Dr. Ghoniem "c/o AGAM" for services provided by Maher ElSarrag.

18. E-mails dated August 4, 2010 through September 20, 2010 between Dr. Ashraf Fawzy and Maher ElSarrag discussing marketing and website material for Alliance Telemed, LLC. (first item in Oct. 30, 2010 invoice)

19. E-mails dated August 31, 2010 through October 25, 2010 between Dr. Ghoniem, Dr. Islam, and Maher ElSarrag regarding creation of American Medical Institute, LLC. (second item on Oct 30, 2010 invoice)

20. E-mails dated August 31, 2010 through October 25, 2010 between Luann, Maher ElSarrag, and Dr. Ghoniem regarding billing and credentialing papers. (third item on Oct 30, 2010 invoice)

21. E-mails dated August 30, 2010 through September 4, 2010 between Dr. Imam, Dr. Ghoniem, and Maher ElSarrag regarding negotiations in Roanoke, VA. (fourth item on Oct 30, 2010 invoice)

22. E-mails dated September 23, 2010 between Dr. Matari, Dr. Ghoniem, and Maher ElSarrag providing information about Alliance Telemed. (fifth item on Oct 30, 2010 invoice)

23. E-mails dated August 16, 2010 through October 28, 2010 between Mamoun Homeida, Dr. Fawzy, and Maher ElSarrag regarding affiliation between Alliance Telemed, LLC and University of Medical Sciences and Technology. (sixth item on Oct 30, 2010 invoice)

24. E-mails dated September 22, 2010 through October 1, 2010 between Maher ElSarrag and Jennifer Lindsey (Advanced Imaging Solutions, Inc.) regarding business agreement. (seventh item on Oct 30, 2010 invoice)

25. E-mails dated September 16, 2010 through October 14, 2010 between Dr. Ekweani, Maher ElSarrag, and Mr. Hashiem regarding business agreement between Alliance Telemed, LLC. and Frisco Urgent Care. (eighth item on Oct 30, 2010 invoice)

26. Invoice number 002011040100-3 dated January 4, 2011 to Dr. Ghoniem "c/o AGAM" for services provided by Maher ElSarrag.

27. Invoice number 00201100100-5 dated August 1, 2011 to Dr. Ghoniem "c/o AGAM" for services provided by Maher ElSarrag.

28. Invoice number 002010090901 dated September 9, 2011 to Dr. Ghoniem "c/o AGAM" for services provided by Maher ElSarrag.

29. Invoice number 002011301100-6 dated November 3, 2011 to Dr. Ghoniem "c/o AGAM" for services provided by Maher ElSarrag.

30. Invoice number 002011040100-4 dated April 1, 2011 to Dr. Ghoniem "c/o AGAM" for services provided by Maher ElSarrag.

31. Letter to Dr. Ghoniem dated March 1, 2012 from Business Consultants and Associates, LLC. requesting payment for services previously invoiced.

32. Invoice number 002012322800-7 dated August 21, 2012 to Dr. Ghoniem for past due services and further services provided June and July 2012.

33. E-mail from Dr. Fawzy, Chief Executive of Alliance Telemed, dated September 30, 2012 directing referencing conversation with Dr. Ghoniem and directing Maher ElSarrag to create Alliance Telemedicine, LLC.

34. E-mail from M. Hashiem stating his claim of ownership of the <alliancetelemedicine.com> domain name.

C. Defendants have relied on accounts stated in invoices listed in (B) above to establish damages in their counterclaim.

## EXPERT DISCLOSURES

Pursuant to Rule 26(a)(2), Defendants makes the following expert disclosures:

A. Defendants have not identified any expert witnesses which they have specifically retained to provide expert testimony at trial.

B. Defendants reserve the right to supplement these disclosures as discovery continues, or as parties identify expert witnesses, and as provided by the case management order.

Further, Defendants shall supplement these disclosures when required under Rule 26(e)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*s/ Ronald A. Wright*

>Ronald A. Wright
>Attorney for Defendants
>Alliance Telemedicine, LLC; Business
>Consultants and Associates, LLC; and
>Maher El Sarrag

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>John Di Giacomo
>Eric Misterovich
>John@newburglaw.com
>eric@newburglaw.com

>*s/ Ronald A. Wright*
>Ronald A. Wright